STATE v. McDUFFIE

No. 185 PC.

Case below: 34 N.C. App. 750.

Petition by defendant for further review denied 3 June 1980.

STATE v. McNAIR

No. 140.

Case below: 45 N.C. App. 555.

Motion of Attorney General to dismiss defendant's appeal allowed 3 June 1980.

STATE v. PITTARD

No. 172 PC.

Case below: 45 N.C. App. 701.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

STATE v. ROUSSEAU

No. 183 PC.

Case below: 45 N.C. App. 321.

Petition by defendant for further review denied 3 June 1980.

STATE v. SUMMITT

No. 152 PC.

No. 41 (Fall Term).

Case below: 45 N.C. App. 481.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 June 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 3 June 1980.